## SCOTT v. SAVANNAH VALLEY BROADCASTING CO. *et al.*

DUCKWORTH, Chief Justice. Where, as here, the petitioner brought an equitable petition against the defendant corporation and certain named defendants as directors of the corporation, alleging that he is a stockholder, that the corporation was chartered "for the purpose of conduct-

ing a general radio broadcasting business and related matters," and that certain acts of the directors in acquiring and maintaining an interest in a baseball team of the South Atlantic League were ultra vires—the petition failing to show wherein the alleged acts were without the charter powers—the petition was subject to demurrer, as the allegation that said acts were ultra vires, without more, was a mere conclusion of the pleader since it does not show on its face such acts to be ultra vires; and the court did not err in sustaining the demurrer thereto and in dismissing the petition, since no cause of action is shown against the defendants. Code, § 81-304; *Bartow Lumber Co.* v. *Enwright,* 131 *Ga.* 329 (62 S. E. 233); *Bush* v. *Bonner,* 156 *Ga.* 143 (118 S. E. 658); *Butler* v. *City of Dublin,* 191 *Ga.* 551, 555 (4) (13 S. E. 2d, 362); *Fowler* v. *Southern Airlines,* 192 *Ga.* 845 (16 S. E. 2d, 897).

*Judgment affirmed. All the Justices concur.*

No. 17960. Argued September 8, 1952—Decided October 14, 1952.

*Samuel E. Tyson* and *Fulcher, Fulcher & Hagler,* for plaintiff in error.

*Cumming, Nixon & Eve,* contra.